IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD EUBANKS,<br><br>          Plaintiff,<br><br>     v.<br><br>CAMDEN COUNTY CORRECTIONAL FACILITY,<br><br>          Defendant. | Civil Action<br>No. 16-6237 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

1.  On September 30, 2016, Plaintiff Edward Eubanks submitted a civil complaint alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983.

2.  Mail sent to Plaintiff at his listed address was returned as undeliverable on October 18, 2016. Docket Entry 2.

3.  Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in address within 7 days. The Rule further provides that, failure to file such notice "may result in the imposition of sanctions by the Court." *Id.* Indeed, failure to apprise the Court of an address change may result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. *See, e.g.*, *Boretsky v. Corzine*, No. 08-2265, 2008 WL 2512916 (D.N.J. June 23, 2008); *Allebach v. Cathell*, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009).

    4.    As the Court does not have a current address for Plaintiff, the matter cannot proceed at this time. The Court will therefore administratively terminate the proceedings without prejudice to Plaintiff's right to reinstate this action by notifying the Court of his address within 30 days.

    5.    Failure to provide an updated address within 30 days of the date of this Order may result in the matter being dismissed for lack of prosecution.

    6.    An appropriate Order follows.

**October 20, 2016**                    **s/ Jerome B. Simandle**
Date                                            JEROME B. SIMANDLE
                                                        Chief U.S. District Judge